The following constitutes the order of the court.
Signed March 6, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Christopher Rockenbaugh,<br><br>           Debtor. | Case No. 18-40444 WJL<br>Chapter 13 |

**MEMORANDUM RE MOTION TO IMPOSE STAY**

On February 23, 2018, Debtor filed the above-referenced chapter 13 case, and on March 2, 2018, Debtor filed an Ex Parte Application for Imposition of Automatic Stay (Doc. 12) ("Motion"). The Court notes that the Motion does not comply with the requirements of Bankruptcy Local Rule 4001-2 and that Debtor has not given proper notice to the parties in interest. The Court also notes the limited period of time within which such a motion must be filed and notice and a hearing be provided to creditors and parties in interest.

The Court further notes that the deadline before which to file required bankruptcy documents (see Docket Nos. 5 and 6) is on or before March 9, 2018. In light of Debtor's prior bankruptcy

history, it is highly unlikely that Debtor's Motion will be successful if Debtor does not comply with the above-referenced deadline.

**\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Christopher Rockenbaugh |
| | 4030 Folsom Court |
| 3 | Concord, CA 94520 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |