**Entered on Docket**
**May 04, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed May 4, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Christopher Allan Rockenbaugh,<br><br>Debtor. | No. 18-40444<br><br>Chapter 13 |

**MEMORANDUM REGARDING DEBTOR'S EMERGENCY MOTION TO VACATE DISMISSAL**

On April 6, 2018, the Court entered an *Order of Dismissal After Case Deficiencies* (doc. 33) after Debtor failed to timely respond to the chapter 13 trustee's *Motion to Dismiss Case* (doc. 17). On May 3, 2018, Debtor filed *Debtor's Emergency Motion to Vacate Dismissal* ("the Motion") (doc. 41). As the Court has informed Debtor many times in this and other cases, the Court will not respond to such requests on an ex parte basis. If the chapter 13 trustee has a response to the Motion, such response should be filed within ten days of the entry of this order. After such response, the Court will set a hearing if necessary.

*END OF MEMORANDUM*

**COURT SERVICE LIST**

Christopher Allan Rockenbaugh
4030 Folsom Court
Concord, CA 94520

2

Case: 18-40444    Doc# 42    Filed: 05/04/18    Entered: 05/04/18 11:03:48    Page 2 of 2